STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CR 22-70858-MAG** |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| MICHAEL CONDITO, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on <u>June 30, 2022</u>, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the <u>  Central  </u> District of <u>  California  </u>, Case Number <u>2:22-cr-00272-SB</u>. In that case (copy of indictment attached), the defendant is charged with a violation of 21 U.S.C. §§ 841(a) and (b)(1)(A)(viii) (Possession with Intent to Distribute Methamphetamine).

1 | The maximum penalties for a violation of 21 U.S.C. §§ 841(a) and (b)(1)(A)(viii) are as follows:

2
- Maximum Prison Term: Life

3
- Minimum Prison Term: 10 years

4
- Maximum Fine: $10,000,000

5
- Minimum Supervised Release Term: 5 years

6
- Special Assessment Fee:  $100

7
- Forfeiture

8
- Mandatory and discretionary denial of benefits

9
- Potential Deportation

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

Date:  June 30, 2022

/s/
MARISSA HARRIS
Assistant United States Attorney

v. 7/10/2018

F I L E D
CLERK, U.S. DISTRICT COURT
6/28/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>MICHAEL CONDITO,<br>  aka "Michael Kevin Condito,"<br>  aka "Michael Kevin Thomas Condito,"<br><br>          Defendant. | CR  2:22-cr-00272-SB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about September 26, 2021, in Los Angeles County, within the Central District of California, defendant MICHAEL CONDITO, also known as ("aka") "Michael Kevin Condito," aka "Michael Kevin Thomas Condito," knowingly and intentionally possessed with intent to

//

//

//

distribute at least 50 grams, that is, approximately 56.137 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

RACHEL N. AGRESS
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section

2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                         PLAINTIFF,<br><br>v.<br><br>MICHAEL CONDITO<br>  akas Michael Kevin Condito,<br>      Michael Kevin Thomas Condito,"<br><br>                         DEFENDANT | CASE NUMBER:<br><br>2:22-cr-00272-SB     1<br><br><br>**WARRANT FOR ARREST** |
|---|---|

To:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **MICHAEL CONDITO, akas Michael Kevin Condito, Michael Kevin Thomas Condito,** and bring him/her forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section(s) 841(a)(1), (b)(1)(A)(viii).

| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>VALERIE VELASCO<br>SIGNATURE OF DEPUTY CLERK | June 28, 2022      Los Angeles, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>By:    MICHAEL WILNER<br>        NAME OF JUDICIAL OFFICER |
|---|---|

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. MICHAEL CONDITO akas Michael Kevin Condito, Michael Kevin Thomas Condito," DEFENDANT | CASE NUMBER: 2:22-cr-00272-SB  1 |
|---|---|
| | **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| YEAR OF BIRTH: **1988** | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

FBI NUMBER:

ADDITIONAL INFORMATION:

INVESTIGATIVE AGENCY NAME: **Drug Enforcement Administration**

INVESTIGATIVE AGENCY ADDRESS:

NOTES: